# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Shelli Rae Gordon  
                Debtor(s)

BK NO. 20-01582 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                     **/s/ James C. Warmbrodt, Esquire**  
                                     James C. Warmbrodt, Esquire  
                                     KML Law Group, P.C.  
                                     BNY Mellon Independence Center  
                                     701 Market Street, Suite 5000  
                                     Philadelphia, PA  19106  
                                     215-627-1322