```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 20-01582-HWV
Shelli Rae Gordon                                                        Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 2                  Date Rcvd: Jun 17, 2020
                              Form ID: ntnew341          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db              +Shelli Rae Gordon,    3711 Harold Place,    Greencastle, PA 17225-8364
5331018        ++ANDREW SKLAR,    1200 LAUREL OAK ROAD,    SUITE 102,    VOORHEES NJ 08043-4317
                  (address filed with court: ANDREW SKLAR,     SKLAR LAW LLC,    1200 LAUREL OAK ROAD,    SUITE 102,
                  VOORHEES, NJ 08043)
5329151         +PNC Bank,    P O Box 3429,    Pittsburgh, PA 15230-3429
5329153          Robinwood Diagnostic Imaging,    C/O CVC/Valley Credit Svc,     P O Box 1070,
                  Hagerstown, MD 21741
5329156         +SST/Medalion,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
5329155         +Skylar Law,    1200 Laural Oak Rd,    Voorhees, NJ 08043-4323
5329159         +Valley Credit Service,    12803 Oak Hill Ave,     Hagerstown, MD 21742-2919
5329160         +West Virginia University Hospital,    1200 Laurel Oak Road,     Voorhees, NJ 08043-4323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 19:34:19
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5331018          E-mail/Text: Andrew.Sklar@txitrustee.com Jun 17 2020 19:26:26     ANDREW SKLAR,    SKLAR LAW LLC,
                  1200 LAUREL OAK ROAD,    SUITE 102,    VOORHEES, NJ 08043
5329145         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2020 19:26:35     Comenity Bank,
                  PO Box 182789,    Columbus, OH 43218-2789
5329146         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2020 19:26:36     Comenity Capital,
                  PO Box 182120,    Columbus, OH 43218-2120
5329147         +E-mail/PDF: pa_dc_ed@navient.com Jun 17 2020 19:33:54     Dept of Education/Navient,
                  P O Box 9635,    Wilkes Barre, PA 18773-9635
5329148          E-mail/Text: bk@freedomfinancialnetwork.com Jun 17 2020 19:26:22     Freedom Plus,
                  1875 South Grant Street,    Ste 400,    San Mateo, CA 94402
5329149         +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 19:26:28     Kohls/Capital One,
                  P O Box 3043,    Milwaukee, WI 53201-3043
5329150         +E-mail/Text: bankruptcy@patriotfcu.org Jun 17 2020 19:26:46     Patriot FCU,    P O Box 778,
                  800 Wayne Ave,    Chambersburg, PA 17201-3810
5329152         +E-mail/Text: bankruptcyteam@quickenloans.com Jun 17 2020 19:26:48     Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
5329157         +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 19:34:04     SYNCB JCPenneys,
                  4125 Windward Plaza,    Alpharetta, GA 30005-8738
5329158         +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 19:34:17     SYNCB/Lowes,    P O Box 103104,
                  Roswell, GA 30076-9104
5329154         +E-mail/Text: bankruptcy@bbandt.com Jun 17 2020 19:26:38     Sheffield Financial,    P O Box 1847,
                  Wilson, NC 27894-1847
5329355         +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 19:34:04     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5329999*         Sheffield Financial,    PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 1 Shelli Rae Gordon office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                         TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shelli Rae Gordon,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−01582−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: July 30, 2020 |
| --- | --- |
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 17, 2020 |

ntnew341 (04/18)