Certificate Number: 00437-PAM-DE-034552899

Bankruptcy Case Number: 20-01582


00437-PAM-DE-034552899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2020, at 5:05 o'clock PM MDT, Shelli Gordon completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 11, 2020     By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor