## United States Bankruptcy Court
### Middle District of Pennsylvania

In re **Shelli Rae Gordon**  
Debtor(s)

Case No. **1:20-bk-01582**  
Chapter **13**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Shelli Rae Gordon**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **June 30, 2020**

Signature **/s/ Shelli Rae Gordon**  
**Shelli Rae Gordon**  
Debtor