```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 20-01582-HWV
Shelli Rae Gordon                                               Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2      Date Rcvd: Aug 04, 2020
                       Form ID: ntcnfhrg      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db              +Shelli Rae Gordon,    3711 Harold Place,    Greencastle, PA 17225-8364
5336624          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5329149         +Kohls/Capital One,    P O Box 3043,    Milwaukee, WI 53201-3043
5342550         +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                  Addison, Texas 75001-9013
5329151         +PNC Bank,    P O Box 3429,    Pittsburgh, PA 15230-3429
5340279         +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
5342151         +Quicken Loans, LLC,    635 Woodward Avenue,    Detroit, MI 48226-3408
5329153          Robinwood Diagnostic Imaging,    C/O CVC/Valley Credit Svc,    P O Box 1070,
                  Hagerstown, MD 21741
5329156         +SST/Medalion,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
5329155         +Skylar Law,    1200 Laural Oak Rd,    Voorhees, NJ 08043-4323
5329159         +Valley Credit Service,    12803 Oak Hill Ave,    Hagerstown, MD 21742-2919
5329160         +West Virginia University Hospital,    1200 Laurel Oak Road,    Voorhees, NJ 08043-4323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 20:34:04
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5331018          E-mail/Text: Andrew.Sklar@txitrustee.com Aug 04 2020 20:29:28      ANDREW SKLAR,    SKLAR LAW LLC,
                  1200 LAUREL OAK ROAD,    SUITE 102,    VOORHEES, NJ 08043
5329145         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 04 2020 20:29:58       Comenity Bank,
                  PO Box 182789,    Columbus, OH 43218-2789
5329146         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 04 2020 20:29:58       Comenity Capital,
                  PO Box 182120,    Columbus, OH 43218-2120
5329147         +E-mail/PDF: pa_dc_ed@navient.com Aug 04 2020 20:34:03      Dept of Education/Navient,
                  P O Box 9635,    Wilkes Barre, PA 18773-9635
5329148          E-mail/Text: bk@freedomfinancialnetwork.com Aug 04 2020 20:29:16       Freedom Plus,
                  1875 South Grant Street,    Ste 400,    San Mateo, CA 94402
5329149         +E-mail/Text: PBNCNotifications@peritusservices.com Aug 04 2020 20:29:29       Kohls/Capital One,
                  P O Box 3043,    Milwaukee, WI 53201-3043
5347217          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 20:35:27
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5329150         +E-mail/Text: bankruptcy@patriotfcu.org Aug 04 2020 20:30:26       Patriot FCU,    P O Box 778,
                  800 Wayne Ave,    Chambersburg, PA 17201-3810
5336735         +E-mail/Text: bankruptcy@patriotfcu.org Aug 04 2020 20:30:26       Patriot Federal Credit Union,
                  PO Box 778,    Chambersburg, PA 17201-0778
5340101          E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2020 20:30:07
                  Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5345604          E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2020 20:30:06
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
5329152         +E-mail/Text: bankruptcyteam@quickenloans.com Aug 04 2020 20:30:35       Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
5329157         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:33:53      SYNCB JCPenneys,
                  4125 Windward Plaza,    Alpharetta, GA 30005-8738
5329158         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:35:17      SYNCB/Lowes,    P O Box 103104,
                  Roswell, GA 30076-9104
5329154         +E-mail/Text: bankruptcy@bbandt.com Aug 04 2020 20:30:09       Sheffield Financial,    P O Box 1847,
                  Wilson, NC 27894-1847
5329355         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:35:17      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5329999*         Sheffield Financial,   PO Box 1847,    Wilson, NC 27894-1847
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt     on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
          Keri P Ebeck    on behalf of Creditor    Systems & Services Technologies, Inc. as Servicer for
           American Investment Financial kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Michael John Csonka    on behalf of Debtor 1 Shelli Rae Gordon office@csonkalaw.com,
           kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Shelli Rae Gordon, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–01582–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 2, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 9, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 4, 2020 |

ntcnfhrg (03/18)