```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-01582-HWV
Shelli Rae Gordon                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1         Date Rcvd: Aug 05, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db              +Shelli Rae Gordon,    3711 Harold Place,    Greencastle, PA 17225-8364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
      Keri P Ebeck    on behalf of Creditor    Systems & Services Technologies, Inc. as Servicer for
       American Investment Financial kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
      Michael John Csonka    on behalf of Debtor 1 Shelli Rae Gordon office@csonkalaw.com,
       kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> SHELLI RAE GORDON, <br>　　　DEBTOR, <br><br> SYSTEMS & SERVICES TECHNOLOGIES, INC. AS SERVICER FOR AMERICAN INVESTMENT FINANCIAL, <br><br>　　　MOVANT, <br><br>　V. <br><br> SHELLI RAE GORDON AND, <br> CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE. <br><br>　　　RESPONDENTS. | Bankruptcy No. 1:20-bk-01582-HWV <br><br> Chapter 13 <br><br> Doc. No. |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

　a. Relief from the Automatic Stay is granted as to the interest of Systems & Services Technologies, Inc. as Servicer for American Investment Financial in the 2009 Mortiz Gooseneck, VIN# 4WXGF282391018959.

　b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

Dated: August 5, 2020　　　　By the Court,

　　　　　　　　　　　　　　　_Henry W. VanEck_ (signature)
　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge (JH)