UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHELLI RAE GORDON<br>   Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| SHELLI RAE GORDON<br>   Respondent(s) | :<br>: CASE NO.  1-20-bk-01582 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this  7th  day of October, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 3, 2020 be withdrawn, as all issues have been resolved.

           Respectfully submitted:

           /s/Charles J. DeHart, III
           Standing Chapter 13 Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           (717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this  7th  day of October, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Csonka, Esquire
166 South Main Street
Kerrstown Square
Chambersburg, PA  17201

           /s/Deborah A. Behney
           Office of Charles J. DeHart, III
           Standing Chapter 13 Trustee