IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Shelli Rae Gordon | ) | Case # 1:20-bk-01582-HWV |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |

## PRAECIPE TO WITHDRAW APPEARENCE

Kindly withdraw my appearance for the Debtor(s), Shelli Rae Gordon, in the above captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 18, 2023 | /s/ Michael J. Csonka |
|  | MICHAEL J. CSONKA |
|  | Kerrstown Square |
|  | 166 South Main Street |
|  | Chambersburg, PA  17201 |
|  | (717) 977-3171 |