IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHELLI RAE GORDON | : | |
|     Debtor | : | CASE NO. 1:20-bk-01582 |
| | : | |
| | : | |
| | : | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the Motion to Appear Pro Hoc Vice that was erroneously filed

filed by Debtor's counsel on August 1, 2025.

                                      Respectfully submitted,

                                      /s/ Dorothy L. Mott
                                      _____
                                      Dorothy L. Mott, Attorney At Law
                                      ID 43568
                                      125 State Street
                                      Harrisburg PA  17101
                                      (717) 232-6650 TEL
                                      (717) 232-0477 FAX