In re:  
Shelli Rae Gordon  
    Debtor

Case No. 20-01582-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 21, 2025     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelli Rae Gordon, 3711 Harold Place, Greencastle, PA 17225-8364 |
| 5329153 | | Robinwood Diagnostic Imaging, C/O CVC/Valley Credit Svc, P O Box 1070, Hagerstown, MD 21741 |
| 5329155 | + | Skylar Law, 1200 Laural Oak Rd, Voorhees, NJ 08043-4323 |
| 5329160 | + | West Virginia University Hospital, 1200 Laurel Oak Road, Voorhees, NJ 08043-4323 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 21 2025 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5331018 | + | Email/Text: Andrew.Sklar@txitrustee.com | Aug 21 2025 18:45:00 | ANDREW SKLAR, SKLAR LAW LLC, 1200 LAUREL OAK ROAD, SUITE 102, VOORHEES, NJ 08043-4317 |
| 5336624 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 18:54:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5329145 | + | EDI: WFNNB.COM | Aug 21 2025 22:48:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5329146 | + | EDI: WFNNB.COM | Aug 21 2025 22:48:00 | Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 5329147 | + | EDI: MAXMSAIDV | Aug 21 2025 22:48:00 | Dept of Education/Navient, P O Box 9635, Wilkes Barre, PA 18773-9635 |
| 5329148 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 21 2025 18:45:00 | Freedom Plus, 1875 South Grant Street, Ste 400, San Mateo, CA 94402 |
| 5329149 | + | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | Kohls/Capital One, P O Box 3043, Milwaukee, WI 53201-3043 |
| 5342550 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Aug 21 2025 18:45:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 5329151 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2025 18:45:00 | PNC Bank, P O Box 3429, Pittsburgh, PA 15230 |
| 5340279 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2025 18:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5347217 | | EDI: PRA.COM | Aug 21 2025 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5329150 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 21 2025 18:45:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5336735 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 21 2025 18:45:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5345604 | | EDI: Q3G.COM | Aug 21 2025 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5340101 | | EDI: Q3G.COM | Aug 21 2025 22:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5329152 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 21 2025 18:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5342151 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 21 2025 18:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5329156 | ^ | MEBN | Aug 21 2025 18:43:22 | SST/Medalion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5329157 | + | EDI: SYNC | Aug 21 2025 22:48:00 | SYNCB JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5329158 | + | EDI: SYNC | Aug 21 2025 22:48:00 | SYNCB/Lowes, P O Box 103104, Roswell, GA 30076-9104 |
| 5329154 | + | Email/Text: bankruptcy@bbandt.com | Aug 21 2025 18:45:00 | Sheffield Financial, P O Box 1847, Wilson, NC 27894-1847 |
| 5329355 | ^ | MEBN | Aug 21 2025 18:43:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5329159 | + | Email/Text: bankruptcytn@wakeassoc.com | Aug 21 2025 18:45:00 | Valley Credit Service, 12803 Oak Hill Ave, Hagerstown, MD 21742-2919 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5329999 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, |

| | |
|---|---|
| | bkgroup@kmllawgroup.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Shelli Rae Gordon DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | |
| | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 Shelli Rae Gordon karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Keri P Ebeck | |
| | on behalf of Creditor Systems & Services Technologies  Inc. as Servicer for American Investment Financial kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shelli Rae Gordon**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5487<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:20–bk–01582–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shelli Rae Gordon

8/21/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2